IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SHERI L. LEGGETT,

    Plaintiff,

vs.                              CIVIL ACTION NO.: CV205-137

GOLD INTERNATIONAL, INC.,
d/b/a DAYS INN., and YU HAI MA,

    Defendants.

## ORDER

Plaintiff has filed a Motion for Joinder of Persons Needed for Just Adjudication (Doc. 12) seeking to add Yu Hai Ma as a party Defendant. Plaintiff's motion is **GRANTED**. Plaintiff shall have thirty days to serve Defendant Yu Hai Ma with the complaint and summons.

SO ORDERED, this 27th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)