IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SHERI L. LEGGETT,

    Plaintiff,

vs.

GOLD INTERNATIONAL, INC.,
d/b/a DAYS INN., and YU HAI MA,

    Defendants.

CIVIL ACTION NO.: CV205-137

## ORDER

Plaintiff has filed a Motion for Order to Submit to DNA Sample. (Doc. 20.) No response has been filed to the motion indicating no opposition thereto. See Local Rule 7.5. Plaintiff's unopposed motion is **GRANTED**. Defendant Yu Hai Ma shall present himself at the Doctor's Laboratory of Brunswick, 3389 Cypress Mill Road, Brunswick, Georgia, at a mutually agreed upon time during the week of December 19, 2005, for the purpose of submitting a DNA sample.

**SO ORDERED**, this 12th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)