IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| (SHERI L. LEGGETT,) *[circled, "Error"]* | : | CIVIL ACTION |
| Plaintiff, | : | U.S. DISTRICT COURT<br>Southern District of Georgia<br>Filed in Open Court<br>4:33 P.M.<br>Nov 7 2006<br>_____<br>Deputy Clerk |
| v. | : | |
| (GOLD INTERNATIONAL, INC., d/b/a/ DAYS INN, and YU HAI MA,) | : | |
| Defendants. | : | NO. CV205-137 |

### JURY VERDICT FORM

I. We, the Jury, find in the favor of the Plaintiff and against the following named Defendant(s) whose name(s) has(have) been circled in the amount of $ **0 zero**.

> (Gold International, Inc. d/b/a/ Days Inn.
>
> Yu Hai Ma)

II. We, the Jury, find that Plaintiff is entitled to an award of punitive damages.

$5000.00      (Yes)      _____ No

SO SAY WE ALL.

11/07/2006                    _Kenneth Gilbert_ (Kenneth Gilbert)
Date                                         Foreperson