AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHERI L. LEGGETT

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-137

GOLD INTERNATIONAL, INC.,
d/b/a DAYS INN, and YU HAI MA

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with such verdict, the Plaintiff, SHERI L. LEGGETT do have and recover nothing from the Defendants, GOLD INTERNATIONAL, INC., d/b/a DAYS INN and YU HAI MA as to compensatory damages and Five Thousand Dollars and no/100 ($5,000.00) punitive damages, with costs of court, said costs to be taxed by the Clerk of this Court.

Approved by: _[signature]_

November 8, 2006
Date

Scott L. Poff
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/1/03